No. 96–7790. MCREYNOLDS v. GANGEL-JACOB, JUSTICE, APPELLATE DIVISION, SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT. C. A. 2d Cir. Certiorari denied.

No. 96–7792. TYLER v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. Cir. Ct. Washington County, Mo. Certiorari denied.

No. 96–7793. PONDER v. DYE ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7798. COCKRELL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–7799. ADAMS v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–7802. POWELL v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 96–7804. CARRAWAY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–7807. BELDOTTI v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 96–7818. ROSE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–7823. WORATZECK v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 96–7829. MARQUEZ v. DORSEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–7830. JONES v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 96–7831. SMART v. BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–7844. FERRELL v. FLORIDA. Sup. Ct. Fla. Certiorari denied.